**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7375**

WILLIAM MARROW-EL,

                Plaintiff - Appellant,

          v.

CORRECTIONAL MEDICAL SERVICES, INC.; JOHN DOE, M.D.
Physician; JOHN DOE, M.D.; JOHN DOE, M.D.
Supervisor/Physician; JOHN DOE, M.D. Physician Assistant;
MOSS, M.D. Physician; JOHN DOE, Health
Administrator/Supervisor,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Senior District
Judge. (1:11-cv-00221-JFM)

Submitted: December 20, 2012      Decided: December 27, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Marrow-El, Appellant Pro Se.  Philip Melton Andrews,
Mary Elizabeth Smith, KARMON & GRAHAM, PA, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Marrow-El appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marrow-El v. Corr. Med. Servs., No. 1:11-cv-00221-JFM (D. Md. Nov. 16, 2011 & Aug. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED